UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RYAN J. SCAMAHORN,

Defendant.

CASE NO.CR05-5838RBL

ORDER GRANTING CONTINUANCE OF TRIAL DATE

An Agreed Order to Continue the Trial has been filed by the parties.

The Court has reviewed the pleadings and for the reasons stated, the parties Joint Motion to Continue the Trial Date is **GRANTED**

In view of the foregoing, the court finds and rules as follows:

1. Failure to grant a continuance in this matter would deny the defense the reasonable time necessary for effective preparation taking into account the exercise of due diligence. Title 18 U.S.C. §3161(h)(8)(B)(iv).

2. The ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial. Title 18 U.S.C. §3161(h)(8)(A). The period of delay resulting from this continuance from **APRIL 24, 2006 to SEPTEMBER 11, 2006** is excluded for speedy trial computation purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) as this is a reasonable period of delay.

ORDER -1

ACCORDINGLY:

The Jury Trial is **CONTINUED** to **SEPTEMBER 11, 2006 at 9:00 a.m.**

The Pretrial Conference is rescheduled for **SEPTEMBER 6, 2006 at 9:00 a.m.**

The Motions Cutoff date is extended to **JUNE 19, 2006.**

IT IS SO ORDERED this 19TH day of April, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER -2