Judge Leighton

FILED
RECEIVED
LODGED
SEP - 6 2006
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR05-5838RBL |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING TRIAL |
| RYAN JAMES SCAMAHORN, ) | |
| Defendant. ) | |

The Court has considered the Stipulation executed by the parties pursuant to 18 U.S.C. § 3161(h)(8)(A) concerning a continuance of the trial in this case:

The Court finds that continuing the trial in this case is necessary in order to allow the parties adequate time to effectively to prepare for trial, taking into account the exercise of due diligence.

The Court further finds, pursuant to 18 U.S.C. § 3161(h)(8)(A), that the ends of justice served by continuing the trial in this case outweigh the interest of the public and of the defendant in a more speedy trial.

IT IS THEREFORE ORDERED that the trial in this case shall be continued until Jan 8, 2007 @ 9:00, and that the period of time from September 11, 2006, up to and including 1-8-07, shall be excludable time under 18 U.S.C. § 3161(h)(8)(A); and

///

///

ORDER CONTINUING TRIAL/SCAMAHORN (CR05-5838RBL) - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1   IT IS FURTHER ORDERED that a pretrial conference in the case shall be held at
2   Tacoma on 1-3-07 @ 9:00 am.
3   Motions Cutoff 11/27/06.
4   DONE this 6th day of September, 2006.

/s/ Ronald B. Leighton

RONALD B. LEIGHTON
United States District Judge

Presented by:

_____
KENT Y. LIU
Special Assistant United States Attorney

_____
MATT RENDA
Attorney for James Scamahorn

ORDER CONTINUING TRIAL/SCAMAHORN (CR05-5838RBL) - 2